```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

CIA. SEGUROS GENERALES PENTA SECURITY
S.A. a/s/o BANCO SECURITY S.A.,

                    Plaintiff,
                                                09 Civ. 3860 (RWS)
     - against -

                                                O R D E R
CSI COMPLEX SYSTEMS, INC. and JOHN
AND JANE DOES 1-10 EXECUTIVES,
OFFICERS AND MANAGEMENT OF CSI
COMPLEX SYSTEMS, INC.,

                    Defendants.
-------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/3/09

**Sweet, D.J.,**

Defendants' motion to set aside the default judgment of July 16, 2009, and dismiss the action will be heard at noon on Wednesday, September 9, 2009, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**July 29, 2009**

                                        ROBERT W. SWEET
                                        U.S.D.J.